ANTHONY JONES *v.* COMMISSIONER OF
CORRECTION

The petitioner Anthony Jones' petition for certification for appeal from the Appellate Court, 98 Conn. App. 760 (AC 26694), is denied.

*Craig A. Barton,* special public defender, in support of the petition.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided January 25, 2007